Case 13-39597-SMG    Doc 191    Filed 11/14/14    Page 1 of 3



**ORDERED in the Southern District of Florida on November 13, 2014.**

Raymond B. Ray, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| IN RE: | Case No.: 13-39597-RBR |
| MICHAEL JAMES PICAZIO, | Chapter 7 Proceeding |
|     Debtor. | |
| _____/ | |
| JOHN BURGUN and MARIA BURGUN, | Adv. Proc. No.: 14-01644-RBR |
|     Plaintiffs, | |
| vs. | |
| MICHAEL JAMES PICAZIO, | |
|     Defendant. | |
| _____/ | |

### FINAL JUDGMENT DENYING DISCHARGE OF DEFENDANT DEBTOR MICHAEL JAMES PICAZIO

This Matter came before the Court on November 12, 2014 upon the Motion of the

Plaintiffs, John Burgun and Maria Burgun, for entry of a Default Final Judgment Denying Discharge of the Defendant Debtor Michael James Picazio, pursuant to 11 USC §727(a)(2)(A), (a)(3), (a)(4)(A), (a)(4)(B), (a)(7) and (a)(5); and the Court having entered a Default on October 21, 2014 (ECF 15) and having denied the Defendant's Motion to Set Aside Default on contemporaneously herewith, and having entered an Order Granting the Plaintiff's Motion for Default Final Judgment Denying Discharge contemporaneously herewith, and finding that the allegations of the Complaint supported the cause of action and relief requested, and being otherwise fully advised in the premises, it is :

ORDERED AND ADJUDGED that the discharge of the Debtor, Michael James Picazio, 2101 Middle River Drive Ft. Lauderdale, Florida 33305-3537, XXX-XX-2049, is hereby denied pursuant to: 11 USC §727(a)(2)(A), (a)(3), (a)(4)(A), (a)(4)(B), (a)(7) and (a)(5).

###

Submitted by:

**Arthur C. Neiwirth, Esq. #0289061**
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
**Counsel for John Burgun and Maria Burgun**
One E. Broward Blvd., Suite 1200
Ft. Lauderdale, Florida 33301
Tel: (954) 523-7008
Fax: (954) 523-7009

**MICHAEL JAMES PICAZIO, DEBTOR**
2101 Middle River Drive
Ft. Lauderdale, FL   33305-3537
E-Mail:   Mpicazio@aol.com
XXX-XX-2049

Arthur C. Neiwirth Esq. shall serve copies of the signed Final Judgment on all parties entitled to notice and file with the Court a certificate of service conforming with Local Rule 2002-1(F).

## SERVICE LIST

**CM/ECF:**

Mariaelena Gayo-Guitian on behalf of Trustee Kenneth A. Welt
mguitian@gjb-law.com,
gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Arthur C. Neiwirth, Esq. on behalf of Plaintiff John & Maria Burgun
aneiwirthcourt@qpwblaw.com

Any other party on the Clerk's CM/ECF service list


**U S MAIL:**

**MICHAEL JAMES PICAZIO, DEBTOR**
2101 Middle River Drive
Fort Lauderdale, Florida   33305-3537
E-Mail: Mpicazio@aol.com
Social Security # XXX-XX-2049

**SUSAN D. LASKY, ESQ.**
Susan D. Lasky P.A.
915 Middle River Drive, Suite 420
Fort Lauderdale, Florida 33304
*Main Case Counsel for the Debtor Michael James Picazio*

**KENNETH A. WELT, ESQ.**
1844 North Nob Hill Road, No. 615
Plantation, Florida 33322
    *Chapter 7 Trustee*

**OFFICE OF THE UNITED STATES TRUSTEE**
51 S.W. First Avenue, Room 1204
Miami, Florida 33130