**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                  **CASE NO. 13-39597-SMG**
                                                        **CHAPTER 7**
**MICHAEL JAMES PICAZIO,**

    Debtor.

_____/

## MICHAEL PICAZIO'S MOTION FOR CLARIFICATION OF TRUSTEE'S FINAL REPORT AND OF PRIOR COURT ORDER

I am Michael Picazio and I am asking the Court to clarify the Final Report that the Trustee gave to the Court in this case, as well as resolve issues from a prior Court order. What I am asking the Court to do is the following:

1. I listed on my schedules a lawsuit that I filed in Palm Beach County against Mort Ginsburg and other defendants. The Case Number is 50-2010-CA-029402-XXXXMB.

2. I provided the Trustee information about the lawsuit but the Trustee has decided not to pursue it.

3. My understanding is that the filing of the Trustee's Final Report without doing anything with the lawsuit means the Trustee is abandoning the lawsuit so that I can continue to pursue it. I would like to do so.

4. The judge in Palm Beach, where I have been proceeding without an attorney, told me at the last hearing that he wanted to know when I was able to pursue the lawsuit again. I am therefore asking the Court to enter an order that says I can pursue the lawsuit.

5.  Also, Judge Ray signed an order in October of 2017 that is number 275 on the Court's docket and says the Palm Beach case cannot be dismissed. That order probably needs to be undone so I can go forward with the case.

6.  I would therefore ask the Court to sign an order that says that I can now pursue the case in Palm Beach and that the order that Judge Ray signed is undone.

7.  I am serving this motion on counsel for the Trustee. I am happy to answer any other questions.

8.  Thanks. I am mailing this to the Court and emailing it to counsel for the Trustee on June 24th, 2020.

Michael Picazio
7600 NW 84th Avenue
Parkland, FL 33067
mpicazio@aol.com