UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In re: | § | Case No. 13-39597-SMG |
|---|---|---|
|  | § |  |
| MICHAEL JAMES PICAZIO | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kenneth A. Welt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: | $20,760.63 | Assets Exempt: | $0.00 |
|---|---|---|---|
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,047,595.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $187,405.00 | | |

3) Total gross receipts of $1,235,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,235,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,458,040.91 | $1,046,025.98 | $1,041,795.00 | $1,041,795.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $477,894.86 | $477,894.86 | $187,405.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,690.00 | $13,812.17 | $13,648.62 | $5,800.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,544,202.31 | $450,522.80 | $450,356.33 | $0.00 |
| **Total Disbursements** | $3,008,933.22 | $1,988,255.81 | $1,983,694.81 | $1,235,000.00 |

    4). This case was originally filed under chapter 7 on 12/13/2013. The case was pending for 80 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2020         By: /s/ Kenneth A. Welt
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2101 Middle River DriveFort Lauderdale, FL  33305 | 1110-000 | $1,160,000.00 |
| Adversary case #15-01654 Settlement with James Picazio, Grease 2 Energy & Michael Picazio | 1241-000 | $40,000.00 |
| Adversary case #15-01654 Settlement with Stein, Thompson & Renewable Grease & Oil | 1241-000 | $35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,235,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | City of Fort Lauderdale | 4110-000 | $0.00 | $4,230.98 | $0.00 | $0.00 |
|  | Payoff of first mortgage (line #504) | 4110-000 | $0.00 | $1,041,795.00 | $1,041,795.00 | $1,041,795.00 |
|  | Wells Fargo | 4110-000 | $1,458,040.91 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,458,040.91** | **$1,046,025.98** | **$1,041,795.00** | **$1,041,795.00** |


### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kenneth A. Welt, Trustee | 2100-000 | NA | $7,580.00 | $7,580.00 | $7,580.00 |
| Kenneth A. Welt, Trustee | 2200-000 | NA | $93.26 | $93.26 | $93.26 |
| International Sureties, Ltd. | 2300-000 | NA | $61.86 | $61.86 | $61.86 |
| Abstract or title search (line #1102) | 2500-000 | NA | $400.00 | $400.00 | $400.00 |
| Attorney's Fees (settlement agent for closing) (line #1107) | 2500-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Cash to seller from buyer (line #303) | 2500-000 | NA | $5,227.88 | $5,227.88 | $5,227.88 |
| Endorse (line #1111) | 2500-000 | NA | $1,120.00 | $1,120.00 | $1,120.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Notary fees | 2500-000 | NA | $150.00 | $150.00 | $150.00 |
| Pay of claim on lien PRMD Construction Services (line #1306) | 2500-000 | NA | $22,000.00 | $22,000.00 | $22,000.00 |
| Payoff of utility lien City of Ft. Lauderdale (line #1307) | 2500-000 | NA | $1,890.06 | $1,890.06 | $1,890.06 |
| Recording fees (line #1201) | 2500-000 | NA | $35.00 | $35.00 | $35.00 |
| Settlement or closing fee (line #1101) | 2500-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| Surcharge on policy (line #1113) | 2500-000 | NA | $3.28 | $3.28 | $3.28 |
| Survey (line #1301) | 2500-000 | NA | $400.00 | $400.00 | $400.00 |
| Title Examination (line #1112) | 2500-000 | NA | $200.00 | $200.00 | $200.00 |
| Title Insurance (line #1112) | 2500-000 | NA | $5,475.00 | $5,475.00 | $5,475.00 |
| Green Bank | 2600-000 | NA | $2,420.64 | $2,420.64 | $2,420.64 |
| County taxes from 12/22/14 to 12/31/14 (line #407) | 2820-000 | NA | ($916.22) | ($916.22) | ($916.22) |
| State tax/stamps | 2820-000 | NA | $8,120.00 | $8,120.00 | $8,120.00 |
| Genovese Joblove Battista, Attorney for Trustee | 3210-000 | NA | $352,459.00 | $352,459.00 | $61,969.14 |
| Genovese Joblove Battista, Attorney for Trustee | 3220-000 | NA | $4,666.10 | $4,666.10 | $4,666.10 |
| Anthony Palermo, Accountant for Trustee | 3410-000 | NA | $3,159.00 | $3,159.00 | $3,159.00 |
| Commission paid at settlement (line #703), Realtor for Trustee | 3510-000 | NA | $58,000.00 | $58,000.00 | $58,000.00 |
| Stampler Auctions, Appraiser for Trustee | 3711-000 | NA | $850.00 | $850.00 | $850.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $477,894.86 | $477,894.86 | $187,405.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | IRS | 5800-000 | $6,690.00 | $13,648.62 | $13,648.62 | $5,800.00 |
| 5a | City of Fort | 5800-000 | $0.00 | $163.55 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | Lauderdale | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,690.00 | $13,812.17 | $13,648.62 | $5,800.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Miami Dade Water and Sewer Department | 7100-000 | $39,935.48 | $39,935.48 | $39,935.48 | $0.00 |
| 2 | FPL | 7100-000 | $29,623.03 | $28,466.98 | $28,466.98 | $0.00 |
| 3a | IRS | 7100-000 | $0.00 | $4,471.88 | $4,471.88 | $0.00 |
| 3Sub | IRS | 7300-000 | $0.00 | $1,956.92 | $1,956.92 | $0.00 |
| 4 | MEMORIAL REGIONAL HOSPITAL | 7100-000 | $1,288.16 | $1,288.16 | $1,288.16 | $0.00 |
| 5b | City of Fort Lauderdale | 7100-000 | $0.00 | $41.47 | $0.00 | $0.00 |
| 6 | City of Fort Lauderdale | 7100-000 | $249.22 | $125.00 | $0.00 | $0.00 |
| 7 | City of Fort Lauderdale | 7100-000 | $0.00 | $45.00 | $45.00 | $0.00 |
| 8 | American InfoSource LP as agent for | 7100-000 | $0.00 | $505.87 | $505.87 | $0.00 |
| 9 | John Burgun/Maria Burgun | 7100-000 | $280,446.80 | $373,286.72 | $373,286.72 | $0.00 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $399.00 | $399.32 | $399.32 | $0.00 |
| 11 | Kim Picazio | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Broward County Environmental | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | Choice Environmental Svcs of | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | City of Ft. Lauderdale | 7100-000 | $1,682.06 | $0.00 | $0.00 | $0.00 |
| | Credit Collections Svc | 7100-000 | $306.00 | $0.00 | $0.00 | $0.00 |
| | Diversified Adjustments | 7100-000 | $162.00 | $0.00 | $0.00 | $0.00 |
| | Douglas H Reynolds, Esq. | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Dpt Treasury | 7100-000 | $651.00 | $0.00 | $0.00 | $0.00 |
| | Electrocardiogram Assoc. | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Emergency Physician Billing | 7100-000 | $1,104.00 | $0.00 | $0.00 | $0.00 |
| Emergency Physician Billing | 7100-000 | $271.85 | $0.00 | $0.00 | $0.00 |
| Florida Department of Revenue | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| Florida Power and Light | 7100-000 | $11,299.70 | $0.00 | $0.00 | $0.00 |
| Frederick Schweitzer | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| Holy Cross Hospital | 7100-000 | $806.00 | $0.00 | $0.00 | $0.00 |
| Holy Cross Hospital | 7100-000 | $3,532.63 | $0.00 | $0.00 | $0.00 |
| Holy Cross Medical Group | 7100-000 | $61.40 | $0.00 | $0.00 | $0.00 |
| Holy Cross Medical Group | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| Holy Cross Medical Group | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| Inphynet South Broward Inc | 7100-000 | $63.40 | $0.00 | $0.00 | $0.00 |
| James Picazio | 7100-000 | $348,000.00 | $0.00 | $0.00 | $0.00 |
| John Burgun/Maria Burgun | 7100-000 | $71,206.13 | $0.00 | $0.00 | $0.00 |
| John Burgun/Maria Burgun | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| M Leonard & Associates | 7100-000 | $2,971.00 | $0.00 | $0.00 | $0.00 |
| M.J. Zeil | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| Marion Lowry | 7100-000 | $576,000.00 | $0.00 | $0.00 | $0.00 |
| Met Life Insurance Co. | 7100-000 | $3,712.74 | $0.00 | $0.00 | $0.00 |
| Midland Funding | 7100-000 | $16,646.00 | $0.00 | $0.00 | $0.00 |
| Morton Ginsberg | 7100-000 | $110,000.00 | $0.00 | $0.00 | $0.00 |
| Pioneer Credit Recovery | 7100-000 | $833.76 | $0.00 | $0.00 | $0.00 |
| Radiology Associates of Hollywood | 7100-000 | $234.67 | $0.00 | $0.00 | $0.00 |
| Rapid Auto Loans | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| Rio Vista Management Group Inc. | 7100-000 | $10,735.28 | $0.00 | $0.00 | $0.00 |
| Scott Weiss | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| South Florida | 7100-000 | $468.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---:|---:|---:|---:|
|  | Medical Imaging |  |  |  |  |
|  | Suntrust | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
|  | Wells Fargo Bank NA | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $1,544,202.31 | $450,522.80 | $450,356.33 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 13-39597-SMG | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | PICAZIO, MICHAEL JAMES | Date Filed (f) or Converted (c): | 12/13/2013 (f) |
| For the Period Ending: | 8/3/2020 | §341(a) Meeting Date: | 01/14/2014 |
| | | Claims Bar Date: | 01/14/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2101 Middle River Drive Fort Lauderdale, FL 33305 | $1,247,000.00 | $11,600.00 | | $1,160,000.00 | FA |
| 2 | Real Property - 2 Timeshares in Orlando (Calypso Cay Resort)- TBE Timeshares | $0.00 | $0.00 | OA | $0.00 | FA |
| 3 | Cash on Hand | $20.00 | $0.00 | | $0.00 | FA |
| 4 | Bank Account - Debtor does not have any bank accounts in his name. | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Household Goods and Furnishings | $12,500.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. Books & Pictures/ Artwork | Unknown | $0.00 | | $0.00 | FA |
| 7 | No Clothing of Value Except to Debtor | $20.00 | $0.00 | | $0.00 | FA |
| 8 | Watch/ Wedding Band | $250.00 | $0.00 | | $0.00 | FA |
| 9 | Contingent patent claims vs. Mort Ginsburg | $1.00 | $0.00 | | $0.00 | FA |
| 10 | 3 Dogs/ 1 Cat | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Tax Refund (u) | $7,969.63 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amended Per Docket #65, was not listed on the original Schedules. | | | | | |
| 12 | Adversary case #15-01654 Settlement with Stein, Thompson & Renewable Grease & Oil (u) | $0.00 | $35,000.00 | | $35,000.00 | FA |
| Asset Notes: | DE #252 | | | | | |
| 13 | Adversary case #15-01654 Settlement with James Picazio, Grease 2 Energy & Michael Picazio (u) | $0.00 | $40,000.00 | | $40,000.00 | FA |
| Asset Notes: | DE #260 | | | | | |
| 14 | Patent Application for Grease Water Separation Process (u) | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | |
|---|---|---|---|---|---|
| | $1,267,760.63 | $86,600.00 | | $1,235,000.00 | **Gross Value of Remaining Assets** $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 13-39597-SMG | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | PICAZIO, MICHAEL JAMES | Date Filed (f) or Converted (c): | 12/13/2013 (f) |
| For the Period Ending: | 8/3/2020 | §341(a) Meeting Date: | 01/14/2014 |
| | | Claims Bar Date: | 01/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 11/25/2019 | Trustee hired Ahearn Jasco as accountant to prepare estate tax return, then will need professional fee apps filed and the case will be ready for TFR. (LT) |
| 12/31/2018 | Receiving settlement payments on Asset #13; professional fee applications needed after all payments received; TFR to follow. |
| 12/31/2017 | Receiving settlement payments on Asset #13; case in progress. |
| 12/31/2016 | Settlement pending for asset #14 (ECF #256); payments through June, 2018. |
| 12/31/2015 | Pre-trial conference scheduled for adversary case #15-01654 on 2/09/16; litigation still in progress. |
| 02/01/2015 | Claims review to begin Feb, 2015 (LB) |
| 10/10/2014 | Sale of property 2101 Middle River Drive. Trustee signed sales contract. Filed notice of assets. (LB) |
| 07/07/2014 | Hearing to extend objection deadlines to be held on 7/23/14 (LB) |
| | 1/14/14 - G. Moses hired as Trustee's attorney. (LB) |

Initial Projected Date Of Final Report (TFR): 12/31/2015    Current Projected Date Of Final Report (TFR): 02/28/2020

/s/ KENNETH A. WELT
_____
KENNETH A. WELT

Page No: 1    Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-39597-SMG | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | PICAZIO, MICHAEL JAMES | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9255 | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/13/2013 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 8/3/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/28/2015 | | Law Offices of Lisette M. Blanco, PA | ECF #181 dated 10/3/14 Order; ECF #285 dated 1/29/18 Report of Sale | | * | $11,600.00 | | $11,600.00 |
| | {1} | | Contract sales price of $1,160,000.00 (line #401) | $1,160,000.00 | 1110-000 | | | $11,600.00 |
| | | | Payoff of first mortgage (line #504) | $(1,041,795.00) | 4110-000 | | | $11,600.00 |
| | | | Commission paid at settlement (line #703) | $(58,000.00) | 3510-000 | | | $11,600.00 |
| | | | Settlement or closing fee (line #1101) | $(2,500.00) | 2500-000 | | | $11,600.00 |
| | | | Abstract or title search (line #1102) | $(400.00) | 2500-000 | | | $11,600.00 |
| | | | Notary fees | $(150.00) | 2500-000 | | | $11,600.00 |
| | | | Attorney's Fees (settlement agent for closing) (line #1107) | $(2,000.00) | 2500-000 | | | $11,600.00 |
| | | | Title Insurance (line #1112) | $(5,475.00) | 2500-000 | | | $11,600.00 |
| | | | Endorse (line #1111) | $(1,120.00) | 2500-000 | | | $11,600.00 |
| | | | Title Examination (line #1112) | $(200.00) | 2500-000 | | | $11,600.00 |
| | | | Surcharge on policy (line #1113) | $(3.28) | 2500-000 | | | $11,600.00 |
| | | | Recording fees (line #1201) | $(35.00) | 2500-000 | | | $11,600.00 |
| | | | State tax/stamps | $(8,120.00) | 2820-000 | | | $11,600.00 |
| | | | Survey (line #1301) | $(400.00) | 2500-000 | | | $11,600.00 |
| | | | Pay of claim on lien PRMD Construction Services (line #1306) | $(22,000.00) | 2500-000 | | | $11,600.00 |
| | | | Payoff of utility lien City of Ft. Lauderdale (line #1307) | $(1,890.06) | 2500-000 | | | $11,600.00 |
| | | | Cash to seller from buyer (line #303) | $(5,227.88) | 2500-000 | | | $11,600.00 |
| | | | County taxes from 12/22/14 to 12/31/14 (line #407) | $916.22 | 2820-000 | | | $11,600.00 |
| 01/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.41 | $11,597.59 |
| 02/27/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $16.90 | $11,580.69 |
| 03/10/2015 | 11001 | Stampler Auctions | Per Order dated 2/7/14, Doc #26. | | 3711-000 | | $850.00 | $10,730.69 |
| 03/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $17.42 | $10,713.27 |
| 04/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $16.73 | $10,696.54 |
| 05/29/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $17.26 | $10,679.28 |
| | | | | SUBTOTALS | | $11,600.00 | $920.72 | |

FORM 2

Page No: 2           Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-39597-SMG | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | PICAZIO, MICHAEL JAMES | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9255 | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/13/2013 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 8/3/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.67 | $10,662.61 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $18.31 | $10,644.30 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.06 | $10,628.24 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.59 | $10,611.65 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $17.67 | $10,593.98 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.99 | $10,577.99 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $17.06 | $10,560.93 |
| 01/11/2016 | 11002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.26 | $10,556.67 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.03 | $10,539.64 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $15.91 | $10,523.73 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.98 | $10,506.75 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.95 | $10,489.80 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.38 | $10,473.42 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.35 | $10,457.07 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.87 | $10,440.20 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.84 | $10,423.36 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.36 | $10,406.00 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $15.70 | $10,390.30 |
| 11/21/2016 | (12) | Genovese Joblove Battista | ECF #252 dated 11/3/16 Order | 1241-000 | $35,000.00 | | $45,390.30 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $39.91 | $45,350.39 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $73.18 | $45,277.21 |
| 01/24/2017 | 11003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $14.02 | $45,263.19 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $73.05 | $45,190.14 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $65.86 | $45,124.28 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $77.51 | $45,046.77 |
| 04/26/2017 | (13) | Genovese Joblove Battista | ECF #260 dated 1/31/17 Order | 1241-000 | $5,000.00 | | $50,046.77 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $67.47 | $49,979.30 |

| | | | | SUBTOTALS | $40,000.00 | $699.98 | |

Page No: 3    Exhibit 9

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-39597-SMG | | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|---|
| Case Name: | PICAZIO, MICHAEL JAMES | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9255 | | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/13/2013 | | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 8/3/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $80.65 | $49,898.65 |
| 06/14/2017 | (13) | Genovese Joblove Battista | ECF #260 dated 1/31/17 Order | 1241-000 | $7,000.00 | | $56,898.65 |
| 06/30/2017 | (13) | Genovese Joblove Battista | ECF #260 dated 1/31/17 Order | 1241-000 | $2,000.00 | | $58,898.65 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $90.82 | $58,807.83 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $88.77 | $58,719.06 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $94.75 | $58,624.31 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $94.60 | $58,529.71 |
| 10/03/2017 | (13) | Slatkin & Reynolds, PA | ECF #260 dated 1/13/17 Order | 1241-000 | $6,000.00 | | $64,529.71 |
| 10/17/2017 | (13) | Genovese Joblove Battista | ECF #260 dated 1/31/17 Order | 1241-000 | $2,000.00 | | $66,529.71 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $102.12 | $66,427.59 |
| 11/13/2017 | (13) | Slatkin & Reynolds, PA | ECF #260 dated 1/31/17 Order | 1241-000 | $2,000.00 | | $68,427.59 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $105.61 | $68,321.98 |
| 12/26/2017 | (13) | The Law Offices of Slatkin & Reynolds | ECF #260 dated 1/31/17 Order | 1241-000 | $2,000.00 | | $70,321.98 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $110.87 | $70,211.11 |
| 01/30/2018 | 11004 | International Sureties, Ltd. | Chapter 7 Blanket Bond Premium Allocation Term 1/1/18 - 1/1/19  Bond #016027932 | 2300-000 | | $21.00 | $70,190.11 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $113.29 | $70,076.82 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $102.14 | $69,974.68 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $116.56 | $69,858.12 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $105.45 | $69,752.67 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $112.55 | $69,640.12 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $112.37 | $69,527.75 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $108.57 | $69,419.18 |
| 08/16/2018 | (13) | Genovese Joblove Battista | ECF #260 dated 1/31/17 Order | 1241-000 | $6,000.00 | | $75,419.18 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $129.10 | $75,290.08 |
| 01/28/2019 | 11005 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $22.58 | $75,267.50 |
| 07/16/2019 | (13) | Law Office of Slatkin & Reynolds | ECF #260 dated 1/31/17 Order | 1241-000 | $2,000.00 | | $77,267.50 |

SUBTOTALS    $29,000.00    $1,711.80

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-39597-SMG | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | PICAZIO, MICHAEL JAMES | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9255 | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/13/2013 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 8/3/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/10/2019 | (13) | PICAZIO, MICHAEL JAMES | ECF #260 dated 1/31/17 | 1241-000 | $6,000.00 | | $83,267.50 |
| 02/25/2020 | 11006 | Kenneth A. Welt | Trustee Expenses | 2200-000 | | $93.26 | $83,174.24 |
| 02/25/2020 | 11007 | Kenneth A. Welt | Trustee Compensation | 2100-000 | | $7,580.00 | $75,594.24 |
| 02/25/2020 | 11008 | Anthony Palermo | Claim #: ; Amount Allowed: 3,159.00; Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $3,159.00 | $72,435.24 |
| 02/25/2020 | 11009 | Genovese Joblove Battista | Claim #: ; Amount Allowed: 61,969.14; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $61,969.14 | $10,466.10 |
| 02/25/2020 | 11010 | Genovese Joblove Battista | Claim #: ; Amount Allowed: 4,666.10; Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $4,666.10 | $5,800.00 |
| 02/25/2020 | 11011 | IRS | Claim #: 3; Amount Allowed: 13,648.62; Distribution Dividend: 42.50; Account Number: ; | 5800-000 | | $5,800.00 | $0.00 |

|  |  | | TOTALS: | | $86,600.00 | $86,600.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $86,600.00 | $86,600.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $86,600.00 | $86,600.00 | |

| For the period of 12/13/2013 to 8/3/2020 | | For the entire history of the account between 01/28/2015 to 8/3/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,235,000.00 | Total Compensable Receipts: | $1,235,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,235,000.00 | Total Comp/Non Comp Receipts: | $1,235,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,235,000.00 | Total Compensable Disbursements: | $1,235,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,235,000.00 | Total Comp/Non Comp Disbursements: | $1,235,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 13-39597-SMG | | **Trustee Name:** | Kenneth A. Welt |
| **Case Name:** | PICAZIO, MICHAEL JAMES | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***9255 | | **Checking Acct #:** | ******9701 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 12/13/2013 | | **Blanket bond (per case limit):** | $52,222,000.00 |
| **For Period Ending:** | 8/3/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $86,600.00 | $86,600.00 | $0.00 |

**For the period of 12/13/2013 to 8/3/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,235,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,235,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,235,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,235,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/13/2013 to 8/3/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,235,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,235,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,235,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,235,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KENNETH A. WELT

KENNETH A. WELT